1  GREENBERG TRAURIG, LLP
   John M. Gatti (SBN 138492)
2  David A. Theaker (SBN 217432)
3  2450 Colorado Avenue, Suite 400E
   Santa Monica, California 90404
4  Telephone: (310) 586-7700
   Facsimile: (310) 586-7800
5
6  Attorneys for Defendant Brock Pierce





FILED
CLERK, U.S DISTRICT COURT
AUG 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DEBONNEVILLE, <br><br> Plaintiff, <br><br> v. <br><br> BROCK PIERCE, <br><br> Defendant. | CASE NO.: CV07-3776 R (MANx). <br><br> [Assigned to the Honorable Manuel L. Real, Room 218] <br><br> **STIPULATION TO CONTINUE HEARING ON DEFENDANT BROCK PIERCE'S NOTICE OF MOTION AND MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f)** <br><br> New Date: September 17, 2007 <br> Old Date: September 4, 2007 <br> TIME: 10:00 a.m. <br> PLACE: Courtroom of the Honorable Manuel L. Real, Room 218 <br><br> DATE FILED: June 11, 2007 <br> TRIAL DATE: None Set |

DOCKETED ON CM
AUG 21 2007
BY _____

STIPULATION TO CONTINUE HEARING

HI/316226298v2/106417.010100

1     PLEASE TAKE NOTICE that the parties to the above-entitled matter by and through their attorneys of record do hereby stipulate to continue the hearing of Defendant Brock Pierce's ("Defendant") Motion to Strike from September 4, 2007 to September 17, 2007 at the same time and place. Per the parties' agreement, the date for which Plaintiff Alan Debonneville will file and serve his opposition papers to the Motion to Strike shall be August 27, 2007, and Defendant's reply papers shall be filed and served on September 0, 2007.

DATED: August 13, 2007

GREENBERG TRAURIG, LLP
John M. Gatti
David A. Theaker

By _____
David A. Theaker
Attorneys for Defendant BROCK PIERCE

DATED: August __, 2007

THE BECKHAM GROUP P.C.

By _____
Jose Portela, Esq.
Attorneys for Plaintiff ALAN DEBONNEVILLE

**IT IS SO ORDERED:**

Dated: _____, 2007

_____
Judge Of The United States District Court

---

1
STIPULATION TO CONTINUE HEARING

P-II/316226298v2/106417 010100

1  PLEASE TAKE NOTICE that the parties to the above-entitled matter by and
2  through their attorneys of record do hereby stipulate to continue the hearing of Defendant
3  Brock Pierce's ("Defendant") Motion to Strike from September 4, 2007 to September 17,
4  2007 at the same time and place. Per the parties' agreement, the date for which Plaintiff
5  Alan Debonneville will file and serve his opposition papers to the Motion to Strike shall
6  be August 27, 2007, and Defendant's reply papers shall be filed and served on September
7  10, 2007.

9  DATED: August 13, 2007           GREENBERG TRAURIG, LLP
                                    John M. Gatti
                                    David A. Theaker

12                                  By _____
                                    David A. Theaker
                                    Attorneys for Defendant BROCK PIERCE

16  DATED: August 15, 2007          THE BECKHAM GROUP P.C.

18                                  By _____
                                    Jose Portela, Esq.
                                    Attorneys for Plaintiff ALAN
                                    DEBONNEVILLE

**IT IS SO ORDERED:**

Dated: Aug. 20, 2007

Judge Of The United States District Court

STIPULATION TO CONTINUE HEARING

PHI/316226298v2/106417.010100

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404.**

On August 15, 2007, I served the **STIPULATION TO CONTINUE HEARING ON DEFENDANT BROCK PIERCE'S NOTICE OF MOTION AND MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f)** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| SIDLEY AUSTIN LLP | THE BECKHAM GROUP P.C. |
| Peter Ostroff, Esq. | Blake L. Beckham, Esq. |
| 555 West Fifth Street | Jose M. Portella, Esq. |
| Los Angeles, California 90013 | 3400 Carlisle, Suite 550 |
| | Dallas, Texas 75204 |

[X] **(BY MAIL)**
 [X] I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

[X] **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 15, 2007, at Santa Monica, California.

/s/ CHERYL BEATTY

PHI/316226298v2/106417.010100