GREENBERG TRAURIG, LLP
John M. Gatti (SBN 138492)
David A. Theaker (SBN 217432)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Defendant Brock Pierce

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DEBONNEVILLE,<br><br>Plaintiff,<br><br>v.<br><br>BROCK PIERCE,<br><br>Defendant. | CASE NO.: CV07-3776 R (MANx).<br><br>[Assigned to the Honorable Manuel L. Real, ~~Room 218~~]<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT BROCK PIERCE'S MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f)<br><br>DATE: September 17, 2007<br>TIME: 10:00 a.m.<br>PLACE: Courtroom of the Honorable Manuel L. Real, ~~Room 218~~<br><br>DATE FILED: June 11, 2007<br>TRIAL DATE: None |

[PROPOSED] ORDER GRANTING DEFENDANT BROCK PIERCE'S MOTION TO STRIKE
LA/126881095v1/999971.516071

1  Defendant Brock Pierce's motion pursuant to Federal Rule of Civil Procedure
2  12(f) for an order striking certain allegations of the complaint of Plaintiff Alan
3  Debonneville ("Plaintiff") came on for hearing on September 4, 2007 before this Court in
4  Courtroom 218, the Honorable Manuel L. Real, United States District Court Judge,
5  presiding. The court reviewed the moving, opposition and reply papers, including all
6  supporting papers submitted therewith, and considered only admissible and competent
7  supporting evidence.

IT IS HEREBY ORDERED that:

The Motion is GRANTED. The following allegations in Plaintiff's Complaint are hereby stricken:

1. Paragraphs 4, 5, 7, 15, 16, and 19-27;

2. The section titles in the Fact section of the Complaint entitled "The Luring In" (at p. 6); "Pierce's Greed Manifests Itself" (at p. 14); "Pierce's Bait and Switch" ( at p. 15); "Pierce's Great Cover-Up" (at p. 22); "Pierce's Deception Is Discovered" (at p. 25); "Pierce Reveals His Master Plan" (at p. 26); and "The Trading Arm Heist" (at p. 29);

3. All references to "Bait and Switch" and "Fiduciary True-Up" in the Complaint.

IT IS FURTHER ORDERED that:

Plaintiffs' Complaint be sealed and Plaintiff is required to file an amended complaint consistent with the Court's order within 10 days of the date of entry of this order.

DATED: **Sept. 17**, 2007

_____
U.S. DISTRICT COURT JUDGE

---

1

[PROPOSED] ORDER GRANTING DEFENDANT BROCK PIERCE'S MOTION TO STRIKE
LA/126881095v1/999971516071

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404.**

On July 31, 2007, I served the **[PROPOSED] ORDER GRANTING DEFENDANT BROCK PIERCE'S MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f)** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| SIDLEY AUSTIN LLP | THE BECKHAM GROUP P.C. |
| Peter Ostroff, Esq. | Blake L. Beckham, Esq. |
| 555 West Fifth Street | Jose M. Portella, Esq. |
| Los Angeles, California 90013 | 3400 Carlisle, Suite 550 |
| | Dallas, Texas 75204 |

☒ **(BY MAIL)**

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 31, 2007, at Santa Monica, California.

_____
CHERYL BEATTY

1

[PROPOSED] ORDER GRANTING DEFENDANT BROCK PIERCE'S MOTION TO STRIKE
LA/126881095v1/999971 516071