NOTE: CHANGES MADE BY THE COURT

GREENBERG TRAURIG, LLP
 John M. Gatti (SBN 138492)
 David A. Theaker (SBN 217432)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
GattiJ@gtlaw.com; TheakerD@gtlaw.com

 Francine F. Griesing (admitted *pro hac vice*)
 Brian T. Feeney (admitted *pro hac vice*)
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 717-5265

Attorneys for Defendant and Counter-Claimant
Brock Pierce

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DEBONNEVILLE,<br><br>        Plaintiff,<br>v.<br><br>BROCK PIERCE,<br><br>        Defendant. | CASE NO.: CV07-3776 R (MANx).<br><br>[Assigned to the Honorable Manuel L. Real, Room 218]<br><br>**JOINT STIPULATION RE: EXTENSION OF PRE-TRIAL DISCOVERY DEADLINES AND TRIAL DATE; [PROPOSED] ORDER** |
| BROCK PIERCE,<br><br>        Counter-Claimant,<br>v.<br><br>ALAN DEBONNEVILLE and ROES 1 through 10, inclusive<br><br>        Counter-Defendant. | CTRM:          218<br>JUDGE:         Manuel L. Real<br>DATE FILED:    September 10, 2007<br>TRIAL DATE:    March 18, 2008 |

1
JOINT STIPULATION RE: EXTENSION OF DEADLINES

1    Defendant and Counter-Claimant Brock Pierce ("Defendant") and Plaintiff and
2 Counter-Defendant Alan Debonneville ("Plaintiff") (collectively, the "Parties"), by and
3 through their respective counsel, hereby stipulate and agree as follows:
4    WHEREAS, Plaintiff filed his Complaint against Defendant on September 10,
5 2007;
6    WHEREAS, Defendant filed his Counter-Complaint against Plaintiff on October 5,
7 2007;
8    WHEREAS, trial is currently set for March 18, 2008 at 9:00 a.m., the Final Pre-
9 Trial Status Conference on February 25, 2008 at 11:00 a.m., and the discovery cut-off
10 date on February 4, 2008;
11    WHEREAS, the Parties are in the middle of conducting written discovery and
12 exchanging documents, and anticipate extensive discovery from third parties located
13 outside the Court's jurisdiction, and some who are located outside the United States.  The
14 exchange of documents related to these third parties is expected to involve thousands of
15 pages of documents;
16    WHEREAS, the Parties have discussed settlement, and Plaintiff has made a
17 settlement demand upon Defendant, that was submitted for a response to Defendant's
18 insurance company;
19    WHEREAS, the Parties contemplate that, once party discovery is completed, the
20 Parties will take the depositions of approximately twenty-five third party witnesses
21 around the country and abroad, which cost will be prohibitively expensive but can be
22 avoided if the parties can successfully settle the action;
23    WHEREAS, the Parties agree that structured pre-trial discovery, providing for
24 party discovery followed by a mandatory settlement conference before third party
25 discovery is completed, will facilitate settlement by allowing Defendant's insurance
26 carrier the opportunity to evaluate the case for settlement and by preventing the Parties
27 from spending prohibitive expenses on trial preparation;
28

WHEREAS, the Parties agree that a structured discovery schedule, including a short continuance of the trial date, discovery deadlines and other pre-trial dates in this action, will save resources and allow the Parties to effectively conduct discovery, efficiently address settlement, and adequately prepare for trial;

WHEREAS, the Parties have not previously requested a continuance or a mandatory settlement conference in this matter.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to Court approval, on the extension of deadlines as follows:

1. The Parties will produce documents as they become due and, without waiver of either party's position as to the sufficiency or timeliness of any production, will complete the exchange of documents by February 29, 2008.

2. The Parties request a mandatory settlement conference with the Court or a magistrate shortly thereafter, based on the availability of the Court or magistrate.

3. If the case has not settled after the mandatory settlement conference, the Parties will complete the depositions of the parties and any third party discovery and depositions by April 7, 2008.  Each party will be permitted to conduct up to 25 third party depositions, if necessary.

4. The Parties propose that the trial date in this matter be continued to May 20, 2008 at 9:00 a.m., or a date thereafter convenient with the Court, and the Final Pre-Trial Status Conference be continued to April 7, 2008, at 11:00 a.m., or a date thereafter convenient with the Court.

| | |
|---|---|
| DATED: January __, 2008 | GREENBERG TRAURIG, LLP |

By: _____
    John M. Gatti
    Attorneys for Defendant and Cross-Complainant Brock Pierce

DATED: January __, 2008        THE BECKHAM GROUP P.C.

By: _____
    Jose M. Portela
    Attorneys for Plaintiff and Cross-Defendant Alan Debonneville

**[~~PROPOSED~~] ORDER**

This Joint Stipulation is approved.

1. The Parties will produce documents as they become due and, without waiver of either party's position as to the sufficiency or timeliness of any production, will complete the exchange of documents by February 29, 2008;

2. The Court refers this case to Magistrate Judge Nagle for a mandatory settlement conference to be set by Judge Nagle as her calendar permits. Counsel are instructed to contact Judge Nagle's court clerk for scheduling information.

3. If the case has not settled after the mandatory settlement conference, the Parties will complete the depositions of the parties and any third party discovery and depositions by April 7, 2008. Each party will be permitted to conduct up to 25 third party depositions, if necessary.

4. The Final Pre-Trial Conference is continued to APRIL 7, 2008 at 11:00 a.m. Jury Trial is continued to MAY 20, 2008, at 9:00 a.m.

Dated: JAN. 16, 2008  _____
Judge Of The United States District Court

**NO FURTHER CONTINUANCES**

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404.**

On January __, 2008, I served the **JOINT STIPULATION RE: EXTENSION OF PRE-TRIAL DISCOVERY DEADLINES AND TRIAL DATE; [PROPOSED] ORDER** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| SIDLEY AUSTIN LLP | THE BECKHAM GROUP P.C. |
| Peter Ostroff, Esq. | Blake L. Beckham, Esq. |
| 555 West Fifth Street | Jose M. Portela, Esq. |
| Los Angeles, California 90013 | 3400 Carlisle, Suite 550 |
| | Dallas, Texas 75204 |

☒ **(BY MAIL)**
  ☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January __, 2008, at Santa Monica, California.

_____
Cheryl Beatty