UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-03776-R (MANx) | Date | March 10, 2008 |
|---|---|---|---|
| Title | Alan Debonneville v. Brock Pierce | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| E. Carson | CS | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Blake L. Beckham<br>Jose Portela | Francine Friedman Griesing<br>Matthew B. Hayes<br>Diana Scott<br>Benjamin C. Eggert |

**Proceedings:**     Settlement Conference

The case is called. Blake L. Beckham and Jose Portela, of The Beckham Group, appear on behalf of the plaintiff, Alan Debonneville, who is also present. Francine Friedman Griesing, Matthew B. Hayes, and Diana Scott, of Greenberg Traurig, appear on behalf of defendant Brock Pierce, who is also present. Benjamin C. Eggert, of Ross, Dixon & Bell, LLP, appears on behalf of Greenwich Insurance Company, insurance carrier for third party IGE LLC.

The settlement conference is conducted off the record.

There is no settlement at this time. However, the parties are continuing to discuss settlement under Court supervision. A further settlement conference has been scheduled for Tuesday, March 11, 2008, at 12:30 p.m.

|  | | 7 : 30 |
|---|---|---|
| | Initials of Preparer | efc |