**ENTER JS-6**

FILED
CLERK, U.S. DISTRICT COURT
MAY - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DEBONNEVILLE,<br><br>    Plaintiffs,<br><br>v.<br><br>BROCK PIERCE,<br><br>    Defendants. | Case No. CV-07-3776-R<br><br>**ORDER OF DISMISSAL** |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated May 8, 2008

_____
MANUEL L. REAL
United States District Judge