GREENBERG TRAURIG, LLP
Diana P. Scott (SBN 084875)
Matthew B. Hayes (SBN 220639)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
ScottDP@gtlaw.com; HayesM@gtlaw.com

Francine Friedman Griesing (admitted *pro hac vice*)
Brian T. Feeney (admitted *pro hac vice*)
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 717-5265

Attorneys for Defendant and Counter-Claimant
Brock Pierce

SCAN

FILED
CLERK, U.S. DISTRICT COURT
JUN -2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED

2008 JUN -2 PM 4:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALAN DEBONNEVILLE,

Plaintiff,

v.

BROCK PIERCE,

Defendant.

CASE NO.: CV07-3776 R (MANx).

[Assigned to the Honorable Manuel L. Real, Room 218]

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT BROCK PIERCE'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1**

Date Filed: June 2, 2008
Trial Date: None
Hearing Date: June 16, 2008

Having considered Defendant Brock Pierce's Application to File Documents Under Seal Pursuant to Local Rule 79-5.1, and finding that good cause exists for the application, this Court hereby makes the following Order:

It is hereby ORDERED that Defendant's Application is GRANTED and that the clerk shall accept for filing under seal the following documents along with the exhibits attached thereto being submitted by Defendant:

- OPPOSITION TO PLAINTIFF ALAN DEBONNEVILLE'S SEALED MOTION FOR INTEREST, EXPENSES AND ATTORNEYS' FEES; DECLARATION OF MATTHEW B. HAYES, ESQ.

**IT IS SO ORDERED.**

DATED: June 2, 2008

Hon. Manuel Real

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404.**

On June 2, 2008, I served the **PROPOSED] ORDER GRANTING DEFENDANT BROCK PIERCE'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1**on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

SIDLEY AUSTIN LLP
Peter Ostroff, Esq.
555 West Fifth Street
Los Angeles, California 90013
Fax 213.896.6600

THE BECKHAM GROUP P.C.
Blake L. Beckham, Esq.
Jose M. Portela, Esq.
3400 Carlisle, Suite 550
Dallas, Texas 75204
Fax 214.965.9301

☒ **(BY MAIL)**

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☒ **(BY FACSIMILE)**

☒ I caused the above mention document(s) to be transmitted by facsimile machine to the number indicated after addresses noted herein.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 2, 2008, at Santa Monica, California.

LOUIS RAMIREZ