GREENBERG TRAURIG, LLP
Diana P. Scott (SBN 084875)
Matthew B. Hayes (SBN 220639)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
ScottDP@gtlaw.com; HayesM@gtlaw.com

Francine Friedman Griesing (admitted *pro hac vice*)
Brian T. Feeney (admitted *pro hac vice*)
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 717-5265

Attorneys for Defendant Brock Pierce

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN DEBONNEVILLE,<br><br>Plaintiff,<br>v.<br><br>BROCK PIERCE,<br><br>Defendant. | CASE NO.: CV07-3776 R (MANx).<br><br>[Assigned to the Honorable Manuel L. Real, Court Room 8]<br><br>**NOTICE OF RULING REGARDING PLAINTIFF'S MOTION REQUESTING ATTORNEYS FEES, EXPENSES, AND INTEREST**<br><br>**[PROPOSED] ORDER FILED SEPARATELY**<br><br>Filing Date: June 18, 2008<br>Hearing Date: June 16, 2008<br>Dept: 8 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD. PLEASE TAKE NOTICE that on June 16, 2008, the Court heard arguments of counsel regarding Plaintiff Debonneville's Motion Requesting Interest, Expenses, and Attorneys Fees. Upon considering the arguments and pleadings of the Parties, the Court ruled as follows:

1. Plaintiff's Request for Attorneys Fees is DENIED.

2. Plaintiff's Request for Costs and Expenses is DENIED.

3. Plaintiff's Request for Interest is GRANTED in the amount of $3,068.52.

DATED: June 18, 2008

GREENBERG TRAURIG, LLP

By: ______________________
Diana P. Scott
Matthew B. Hayes
Attorneys for Brock Pierce

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404.**

On June 18, 2008, I served the **NOTICE OF RULING REGARDING PLAINTIFF'S MOTION REQUESTING ATTORNEYS FEES, EXPENSES, AND INTEREST** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

SIDLEY AUSTIN LLP
Peter Ostroff, Esq.
555 West Fifth Street
Los Angeles, California 90013
Fax 213.896.6600

THE BECKHAM GROUP P.C.
Blake L. Beckham, Esq.
Jose M. Portela, Esq.
3400 Carlisle, Suite 550
Dallas, Texas 75204
Fax 214.965.9301

☒ **(BY MAIL)**

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☒ **(BY FACSIMILE)**

☒ I caused the above mention document(s) to be transmitted by facsimile machine to the number indicated after addresses noted herein.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 18, 2008, at Santa Monica, California.

[signature]
LOUIS RAMIREZ