1  GREENBERG TRAURIG, LLP
2    Diana P. Scott (SBN 084875)
  Matthew B. Hayes (SBN 220639)
3  2450 Colorado Avenue, Suite 400E
  Santa Monica, California  90404
4  Telephone: (310) 586-7700
  Facsimile: (310) 586-7800
5  ScottDP@gtlaw.com; HayesM@gtlaw.com
6
  Francine Friedman Griesing (admitted *pro hac vice*)
7    Brian T. Feeney (admitted *pro hac vice*)
  2700 Two Commerce Square
8  2001 Market Street
  Philadelphia, PA 19103
9  Telephone: (215) 988-7800
10 Facsimile: (215) 717-5265

11 Attorneys for Defendant Brock Pierce

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DEBONNEVILLE,<br><br>      Plaintiff,<br><br>v.<br><br>BROCK PIERCE,<br><br>      Defendant. | CASE NO.:  CV07-3776 R (MANx).<br><br>[Assigned to the Honorable Manuel L. Real, Court Room 8]<br><br>[**PROPOSED**] **ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFF'S REQUEST FOR ATTORNEYS FEES, EXPENSES, AND INTEREST**<br><br>Filing Date:    June 18, 2008<br>Hearing Date:  June 16, 2008<br>Dept:              8 |

After reviewing the pleadings, hearing arguments of counsel, and considering all evidence, the Court orders that:

1. Plaintiff Debonneville's Request for Attorneys Fees is DENIED.

2. Plaintiff Debonneville's Request for Costs and Expenses is DENIED.

3. Within 5 business days of the signing of this Order, Defendant Pierce will mail via overnight courier a check payable to plaintiff Alan Debonneville in the amount of $3,068.52 for interest, to the address of plaintiff's counsel as follows:

> Jose M. Portela, Esq.
> The Beckham Group
> 3400 Carlisle , Suite 550
> Dallas, Texas 75204

IT IS SO ORDERED.

DATED: June 25, 2008

_____
Hon. Manuel Real

PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFF'S REQUEST FOR ATTORNEYS FEES, EXPENSES, AND INTEREST

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404.**

On June 18, 2008, I served the **[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFF'S REQUEST FOR ATTORNEYS FEES, EXPENSES, AND INTEREST** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| SIDLEY AUSTIN LLP | THE BECKHAM GROUP P.C. |
| Peter Ostroff, Esq. | Blake L. Beckham, Esq. |
| 555 West Fifth Street | Jose M. Portela, Esq. |
| Los Angeles, California 90013 | 3400 Carlisle, Suite 550 |
| Fax 213.896.6600 | Dallas, Texas 75204 |
| | Fax 214.965.9301 |

☒ **(BY MAIL)**
  ☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☒ **(BY FACSIMILE)**
  ☒ I caused the above mention document(s) to be transmitted by facsimile machine to the number indicated after addresses noted herein.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 18, 2008, at Santa Monica, California.

                                                                LOUIS RAMIREZ